[Civil No. 1033. Filed January 14, 1908.]

TOMASA FRANK, Administratrix of the Estate of ABE FRANK, Deceased, Appellant, v. THE SOUTHERN PACIFIC RAILROAD COMPANY OF ARIZONA, and THE SOUTHERN PACIFIC RAILROAD COMPANY, Appellees.

APPEAL from a judgment of the District Court of the First Judicial District, in and for the County of Yuma. John H. Campbell, Judge.

Wupperman & Wupperman, for Appellant.

Frank Cox and Alfred Franklin, for Appellees.

Motion to dismiss appeal granted.

---

[Civil No. 1043. Filed January 14, 1908.]

D. C. McLANE, Appellant, v. W. A. CUMMINGS et al., Appellee.

APPEAL from a judgment of the District Court of the Second Judicial District, in and for the County of Cochise. Fletcher M. Doan, Judge.

Pickett & Bowman, for Appellee.

Affirmed on short transcript.